# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3661

_____

ANTHONY D. WASHINGTON,

　　Petitioner,

v.

STATE OF FLORIDA,

　　Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


November 7, 2018


PER CURIAM.

The petition alleging ineffective assistance of appellate counsel is denied on the merits.

ROWE, BILBREY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Anthony D. Washington, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.